# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                    §       Case No. 12-42243
                                          §
DANNY S. KIM                              §
SOONIL C. KIM                             §
                                          §
                    Debtor(s)             §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 A.M. on 3/28/2014, in Courtroom 240, United States Courthouse, Kane County, 100 S. Third Street, Geneva, IL 60134. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   02/27/2014                    By:   /s/ David E. Grochocinski
                                                   Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-42243 |
| | § | |
| DANNY S. KIM | § | |
| SOONIL C. KIM | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                    $340,045.00
*and approved disbursements of*                         $312,975.24
*leaving a balance on hand of[1]:*                      $27,069.76

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $27,069.76

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $18,752.25 | $0.00 | $16,289.27 |
| InnovaLaw, PC, Attorney for Trustee Fees | $4,437.00 | $0.00 | $4,437.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $160.96 | $0.00 | $160.96 |
| Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $2,000.00 | $0.00 | $2,000.00 |

Total to be paid for chapter 7 administrative expenses:     $22,887.23
Remaining balance:     $4,182.53

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Total to be paid to prior chapter administrative expenses:          $0.00

Remaining balance:          $4,182.53

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:          $0.00

Remaining balance:          $4,182.53

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,182.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $481.16 | $0.00 | $481.16 |
| 2 | FIFTH THIRD BANK | $583.69 | $0.00 | $583.69 |
| 3 | PYOD, LLC its successors and assigns as assignee | $1,036.10 | $0.00 | $1,036.10 |
| 4 | PYOD, LLC its successors and assigns as assignee | $760.87 | $0.00 | $760.87 |
| 5 | eCAST Settlement Corporation, assignee | $1,320.71 | $0.00 | $1,320.71 |

Total to be paid to timely general unsecured claims:          $4,182.53

Remaining balance:          $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By:   /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                        Case No. 12-42243-DRC
Danny S. Kim                                                  Chapter 7
Soonil C. Kim
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: kseldon          Page 1 of 1          Date Rcvd: Feb 28, 2014
                             Form ID: pdf006         Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2014.
```
db/jdb    +Danny S. Kim,    Soonil C. Kim,    167 Cardinal Drive,    Bloomingdale, IL 60108-1314
aty       +Innovalaw PC,    1900 Ravinia Place,    Orland Park, IL 60462-3760
19607220  +617 State LLC,    C/O Jason A. Cook,    1900 Spring Road Suite 503,    Oak Brook, IL 60523-1482
19607222   Chase,    PO Box 15123,    Wilmington,DE 19850-5123
19607223   Citi Mortgage,    PO Box 689196,    Des Moines, IA 50368-9196
19607224  +Citibank,    Box 6077,    Sioux Falls, SD 57117-6077
19874285  +FIFTH THIRD BANK,    9441 LBJ FREEWAY,SUITE 350,    DALLAS,TEXAS 75243-4652
19607226  +Fifth Third,    PO Box 630479,    Cincinnati,OH 45263-0479
19607227  +Four Seasons,    800 Walnut Street,    Des Moines, IA 50309-3605
19607228  +MB Financial,    6111 North River Road,    Rosemont, IL 60018-5111
19607229  +Sears,    PO Box 6285,    Sioux Falls, SD 57117-6285
19607230  +Shell,    PO Box 6408,    Sioux Falls, SD 57117-6408
20152385   eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
           New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19607225   E-mail/PDF: mrdiscen@discoverfinancial.com Mar 01 2014 01:34:47    Discover,    PO Box 30952,
           Salt Lake City, UT 84110-0952
19828484   E-mail/PDF: mrdiscen@discoverfinancial.com Mar 01 2014 01:34:47    Discover Bank,
           DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
19894881  +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 01 2014 01:24:05
           PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
           Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                             TOTAL: 3

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty        Letticia Elwood
19607221* +617 State LLC,    c/o Jason A. Cook,    1900 Spring Rd., Ste. 503,    Oak Brook, IL 60523-1482
                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2014                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2014 at the address(es) listed below:
```
          Ariane Holtschlag    on behalf of Trustee David E Grochocinski aholtschlag@wfactorlaw.com,
          gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
          Bradley S Covey    on behalf of Debtor Danny S. Kim bradley.covey@gmail.com,
          susan@coveybankruptcy.com;sellis@springerbrown.com;sellis.springerbrown@gmail.com
          Bradley S Covey    on behalf of Joint Debtor Soonil C. Kim bradley.covey@gmail.com,
          susan@coveybankruptcy.com;sellis@springerbrown.com;sellis.springerbrown@gmail.com
          David E Grochocinski    on behalf of Accountant    Scott, Horewitch, Pidgeon & Abrams LLC
          dgrochocinski@innovalaw.com,    deg@trustesolutions.net
          David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
          lawyers@innovalaw.com
          David E Grochocinski    dgrochocinski@innovalaw.com,    deg@trustesolutions.net
          Kathleen M. McGuire    on behalf of Trustee David E Grochocinski kmcguire@innovalaw.com,
          kmmcguirelaw@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Raymond J Ostler    on behalf of Creditor    MB Financial Bank, NA rostler@gsgolaw.com
                                                                             TOTAL: 9
```