UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
KIM, DANNY                          §    Case No. 12-42243
KIM, SOONIL                         §
                                    §
            Debtor(s)               §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on             . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
|  |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citi Mortgage PO Box 689196 Des Moines, IA 50368-9196 |  |  |  |  |  |
|  | MB Financial 6111 North River Road Rosemont, IL 60018 |  |  |  |  |  |
|  | Payoff of first mortgage loan to |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GROCHOCINSKI, DAVID E. | | | | | |
| Closing Protection coverage-Seller | | | | | |
| Credit buyer's Ptl Title Insurance | | | | | |
| Credit buyer's owner's policy | | | | | |
| Later Date Fee to First American | | | | | |
| Service/Handling Wire Transfer fee | | | | | |
| Survey to Preferred Survey, Inc. | | | | | |
| Water Cert to Village of | | | | | |
| GREEN BANK | | | | | |
| GREEN BANK | | | | | |
| Green Bank | | | | | |
| Green Bank | | | | | |
| Green Bank | | | | | |
| Green Bank | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Green Bank | | | | | |
| County taxes 1/01/2013 to 9/03/2013 | | | | | |
| Credit buyer's transfer stamps | | | | | |
| INNOVALAW, PC | | | | | |
| INNOVALAW, PC | | | | | |
| Attorney fee to Letty L. Elwood | | | | | |
| SCOTT HOREWITCH PIDGEON & ABRAMS, L | | | | | |
| Broker's commission to Century 21 | | | | | |
| Earnest money applied to Realtor's | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 617 State LLC C/O Jason A. Cook 1900 Spring Road Suite 503 Oak Brook, IL 60523 | | | | | |
| | Four Seasons 800 Walnut Street Des Moines, IA 50209 | | | | | |
| | Shell PO Box 6408 Sioux Falls, SD 57117 | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 5 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 2 | FIFTH THIRD BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-42243 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | KIM, DANNY | | Date Filed (f) or Converted (c): | 10/24/12 (f) |
| | KIM, SOONIL | | 341(a) Meeting Date: | 12/12/12 |
| For Period Ending: | 08/13/14 | | Claims Bar Date: | 03/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. residence:189 Jefferson Lane, Bloomingdale, IL. | 383,604.00 | 103,604.00 | | 340,045.00 | FA |
| 2. cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 3. checking W/Fifth Third #0012 | 160.00 | 0.00 | | 0.00 | FA |
| 4. checking w/Harris Bank | 180.00 | 0.00 | | 0.00 | FA |
| 5. Security deposit w/617 State LLC | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 6. misc. household goods & furnshings | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. misc. wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 8. misc. jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 9. 1994 Cadillac Deville | 1,400.00 | 0.00 | | 0.00 | FA |
| 10. 1 washing machine, 3 dry cleaning presses, 1 shirt presser, vacuum, boiler, conveyor, cash register, compressor, 2 sewing machines, dry cleaing machine (not working) | 1,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $390,244.00 | $105,104.00 | | $340,045.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion pending for sale of residence for 7/26/2013

Property sold 9/9/2013. Tax returns & claims review pending.

Final Hearing scheduled on 3/28/14

final distributions made- following for checks to clear to do TDR

Initial Projected Date of Final Report (TFR): 06/30/14     Current Projected Date of Final Report (TFR): 06/30/14

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 18.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-42243 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | KIM, DANNY | Bank Name: | Green Bank |
| | KIM, SOONIL | Account Number / CD #: | *******4301 Checking Account |
| Taxpayer ID No: | *******2312 | | |
| For Period Ending: | 08/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/09/13 | 1 | DANNY KIM<br>189 JEFFERSON LANE<br>BLOOMINGDALE, IL 60108 | Sale of property 189 Jefferson Lane, Bloomington, IL 60108 | | 27,231.31 | | 27,231.31 |
| | | | Memo Amount: 340,000.00 | 1110-000 | | | |
| | | | Memo Amount: ( 256,359.65 ) | 4110-000 | | | |
| | | | Payoff of first mortgage loan to MB Financial Bank | | | | |
| | | | Memo Amount: ( 16,000.00 ) | 3510-000 | | | |
| | | | Broker's commission to Century 21 Pro Team | | | | |
| | | | Memo Amount: ( 600.00 ) | 3210-000 | | | |
| | | | Attorney fee to Letty L. Elwood | | | | |
| | | | Memo Amount: ( 50.00 ) | 2500-000 | | | |
| | | | Closing Protection coverage-Seller to First American Title Insurance Company | | | | |
| | | | Memo Amount: ( 475.00 ) | 2500-000 | | | |
| | | | Survey to Preferred Survey, Inc. | | | | |
| | | | Memo Amount: ( 45.00 ) | 2500-000 | | | |
| | | | Water Cert to Village of Bloomingdale | | | | |
| | | | Memo Amount: ( 5,956.04 ) | 2820-000 | | | |
| | | | County taxes 1/01/2013 to 9/03/2013 | | | | |
| | | | Memo Amount: ( 30,000.00 ) | 8100-000 | | | |
| | | | Homestead Exemption to Danny S. Kim & Soonil Chun Kim | | | | |
| | | | Memo Amount: ( 100.00 ) | 2500-000 | | | |
| | | | Later Date Fee to First American Title Insurance Company | | | | |

Page Subtotals  27,231.31  0.00

Ver: 18.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-42243 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | KIM, DANNY | Bank Name: | Green Bank |
| | KIM, SOONIL | Account Number / CD #: | *******4301 Checking Account |
| Taxpayer ID No: | *******2312 | | |
| For Period Ending: | 08/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memo Amount: ( 40.00 ) Service/Handling Wire Transfer fee to First American Title Insurance Company | 2500-000 | | | |
| | | | Memo Amount: ( 1,630.00 ) Credit buyer's owner's policy | 2500-000 | | | |
| | | | Memo Amount: ( 3.00 ) Credit buyer's Ptl Title Insurance and Title Svc | 2500-000 | | | |
| | | | Memo Amount: ( 510.00 ) Credit buyer's transfer stamps | 2820-000 | | | |
| | | | Memo Amount: ( 1,000.00 ) Earnest money applied to Realtor's commission | 3510-000 | | | |
| 09/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | 29.76 | 27,201.55 |
| 10/23/13 | 1 | First American Title Insurance Company 1300 Higgins Road, Suite 101 Park Ridge, IL 60068 | Refund of Water Cert. from Village of Bloomingdale for 189 Jefferson Lane, Bloomingdale, IL | 1110-000 | 45.00 | | 27,246.55 |
| 10/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | 43.91 | 27,202.64 |
| 11/29/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | 43.89 | 27,158.75 |
| 12/31/13 | | Green Bank US Trustee Services | Bank Service Fee | 2600-000 | | 42.41 | 27,116.34 |

Page Subtotals    45.00    159.97

Ver: 18.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-42243 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | KIM, DANNY | Bank Name: | Green Bank |
| | KIM, SOONIL | Account Number / CD #: | *******4301 Checking Account |
| Taxpayer ID No: | *******2312 | | |
| For Period Ending: | 08/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/14 | | 2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 46.58 | 27,069.76 |
| 04/01/14 | 003001 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Trustee Compensation | 2100-000 | | 16,289.27 | 10,780.49 |
| 04/01/14 | 003002 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL 60462 | Distribution on Claim #: ; | 3110-000 | | 4,437.00 | 6,343.49 |
| 04/01/14 | 003003 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL 60462 | Distribution on Claim #: ; | 3120-000 | | 160.96 | 6,182.53 |
| 04/01/14 | 003004 | Scott Horewitch Pidgeon & Abrams, LLC<br>2150 E Lake Cook Road<br>Suite 560<br>Buffalo Grove, IL 60089 | Distribution on Claim #: ; | 3410-000 | | 2,000.00 | 4,182.53 |
| 04/01/14 | 003005 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Distribution on Claim #: 1; | 7100-000 | | 481.16 | 3,701.37 |
| * 04/01/14 | 003006 | FIFTH THIRD BANK<br>9441 LBJ FREEWAY,SUITE 350<br>TEX, AS 75243 | Distribution on Claim #: 2; | 7100-003 | | 583.69 | 3,117.68 |
| 04/01/14 | 003007 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008 | Distribution on Claim #: 3; | 7100-000 | | 1,036.10 | 2,081.58 |

Page Subtotals 0.00 25,034.76

Ver: 18.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-42243 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | KIM, DANNY | | Bank Name: | Green Bank |
| | KIM, SOONIL | | Account Number / CD #: | *******4301 Checking Account |
| Taxpayer ID No: | *******2312 | | | |
| For Period Ending: | 08/13/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/01/14 | 003008 | Greenville, SC 29602 PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Distribution on Claim #: 4; | 7100-000 | | 760.87 | 1,320.71 |
| 04/01/14 | 003009 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Distribution on Claim #: 5; | 7100-000 | | 1,320.71 | 0.00 |
| 04/30/14 | | Green Bank | Bank Service Fee | 2600-000 | | 11.26 | -11.26 |
| * 05/02/14 | 003006 | FIFTH THIRD BANK 9441 LBJ FREEWAY,SUITE 350 TEX, AS 75243 | Distribution on Claim #: 2; Per 5/1/14 email from K. Jones (Green Bank) Check was presented and returned by Green Bank as account was closed | 7100-003 | | -583.69 | 572.43 |
| 05/02/14 | | Transfer to Acct #*******1780 | Bank Funds Transfer | 9999-000 | | 572.43 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 340,000.00 | COLUMN TOTALS | | 27,276.31 | 27,276.31 | 0.00 |
| Memo Allocation Disbursements: | 312,768.69 | Less: Bank Transfers/CD's | | 0.00 | 572.43 | |
| | | Subtotal | | 27,276.31 | 26,703.88 | |
| Memo Allocation Net: | 27,231.31 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 27,276.31 | 26,703.88 | |

Page Subtotals 0.00 2,081.58

Ver: 18.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-42243 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | KIM, DANNY | | Bank Name: | ASSOCIATED BANK |
| | KIM, SOONIL | | Account Number / CD #: | *******1780 Checking - Non Interest |
| Taxpayer ID No: | *******2312 | | | |
| For Period Ending: | 08/13/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/14 | | Transfer from Acct #*******4301 | Bank Funds Transfer | 9999-000 | 572.43 | | 572.43 |
| 05/20/14 | | Green Bank | Reversal of Bank Service Fee | 2600-000 | 11.26 | | 583.69 |
| 06/04/14 | 010001 | FIFTH THIRD BANK | reissued check final distribution | 7100-000 | | 583.69 | 0.00 |
| | | 9441 LBJ FREEWAY,SUITE 350 | | | | | |
| | | TEX, AS 75243 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 583.69 | 583.69 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 572.43 | 0.00 | |
| | | Subtotal | | 11.26 | 583.69 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 11.26 | 583.69 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 340,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 312,768.69 | Checking Account - ********4301 | | 27,276.31 | 26,703.88 | 0.00 |
| | | Checking - Non Interest - ********1780 | | 11.26 | 583.69 | 0.00 |
| Total Memo Allocation Net: | 27,231.31 | | | ----------------- | ----------------- | ----------------- |
| | | | | 27,287.57 | 27,287.57 | 0.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 08/13/14

BRENDA PORTER HELMS, TRUSTEE

Page Subtotals 583.69 583.69

Ver: 18.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*